229 So.2d 111

**STATE of Louisiana ex rel.
Joe Nathan TUBBS**

v.

**C. Murray HENDERSON, Warden, Louisiana
State Penitentiary, et al.**

**No. 50267.**

Dec. 17, 1969.

In re: Joe Nathan Tubbs applying for writs of habeas corpus and certiorari.

Application denied. The showing made does not entitle relator to the relief sought in view of his plea of guilty and the statement furnished by the District Attorney in accordance with Art. 892 C.Cr.P.

■

229 So.2d 111

**Jerry Monroe SELPH**

v.

**Honorable Earl E. VERON, Judge Fourteenth
Judicial District Court, Parish
of Calcasieu, et al.**

**No. 50270.**

Dec. 17, 1969.

In re: Jerry Monroe Selph applying for writ of mandamus and habeas corpus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

BARHAM, J., concurs. While I do not agree with the holding of the United States Supreme Court in Boykin v. Alabama, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274 (June, 1969), it is not only apposite but fits the instant case like a glove. That ruling, however, was not made retroactive, and I believe we should give it prospective effect only. I concur in order that the trial courts may be alerted to the possible effect of that case upon receiving guilty pleas with or without benefit of counsel.